

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER, | § | No. 08-22-00112-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law No. 7 |
| v. | § | of El Paso County, Texas |
| JUAN R. OAXACA, | § | (TC# 2018DCV0531) |
| Appellee. | § | |
| | § | |

## **O R D E R**

The Court GRANTS Maria Chavez's request for an extension of time within which to file the Reporter's Record until **August 15, 2022.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Maria Chavez, Official Court Reporter for County Court at Law No. 7 for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before August 15, 2022.

IT IS SO ORDERED this 19th day of July, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.